UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DEAN NEICE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ADULT PROBATION DEPT., et al.,<br><br>　　　　　Defendants. | Case No.: 1:25-cv-01610-SKO<br><br>**ORDER DIRECTING PLAINTIFF TO PROVIDE AN INMATE TRUST ACCOUNT STATEMENT WITHIN FOURTEEN (14) DAYS** |

Plaintiff Robert Dean Neice is appearing pro se in this civil rights action.

**I.　INTRODUCTION**

On November 21, 2025, Plaintiff filed a complaint (Doc. 1), and an application to proceed in forma pauperis (IFP) (Doc. 2) with this Court.

**II.　DISCUSSION**

A review of Plaintiff's IFP application reveals it is incomplete. Specifically, at page two, the IFP application requires the "Certificate" portion "To be completed by the institution of incarceration" and that a trust account statement be attached. Instead, Plaintiff completed the Certification portion himself on November 7, 2025, indicating he has .48 cents in his account, that the same sum was his average monthly balance for the preceding six months, and that monthly deposits during that period amounted to "0." (Doc. 2 at 2.) On a separate page, Plaintiff states he has "asked time & time for a slip on [his] account," presumably receiving no response, and

repeats that he has a balance of .48 cents, adding that he has "no one out there to help." (*Id*. at 3.)

In the absence of a properly completed Certificate portion and/or a certified copy of Plaintiff's trust account statement showing the previous six months activity, the Court cannot determine whether a grant of IFP status is appropriate despite Plaintiff's assertion that his balance did not exceed .48 cents. Plaintiff will be directed to provide the required information. Plaintiff is also advised that he may wish to include a copy of this Order with his request for a certified copy of his trust account statement to the Kern County Lerdo Jail Facility where he is presently incarcerated.

### III.     CONCLUSION AND ORDER

Accordingly, the Court **HEREBY ORDERS** Plaintiff to submit an inmate trust account statement for the previous six months **within fourteen (14) days of the date of service of this order**.

**Plaintiff is advised that a failure to provide the inmate trust account statement will result in a recommendation that this action be dismissed without prejudice for a failure to comply with Court orders.**

IT IS SO ORDERED.

Dated:   **November 24, 2025**              /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE

2