UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DEAN NEICE,<br><br>             Plaintiff,<br><br>   v.<br><br>ADULT PROBATION DEPT., et al.,<br><br>             Defendants. | Case No.: 1:25-cv-01610-SKO<br><br>**ORDER TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT BE IMPOSED FOR PLAINTIFF'S FAILURE TO SUBMIT AN INMATE TRUST ACCOUNT STATEMENT**<br><br>**14-DAY DEADLINE** |

    Plaintiff Robert Dean Neice is appearing pro se in this civil rights action.

    On November 24, 2025, the Court issued its Order Directing Plaintiff to Provide an Inmate Trust Account Statement Within Fourteen (14) Days. (Doc. 4.) Plaintiff was directed "to submit an inmate trust account statement for the previous six months." (*Id*. at 2.) Although more than 30 days have passed, Plaintiff has failed to file the inmate trust account statement.

    Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff **SHALL** show cause in writing, **within 14 days** of the date of service of this order, why sanctions should not be imposed for his failure to comply with the Court's order issued November 24, 2025; *or*

2. **Alternatively**, within that same time, Plaintiff may submit an inmate trust account statement as previously directed.

**WARNING: Plaintiff's failure to comply with this Order to Show Cause and the Court's November 24, 2025, order may result in a recommendation that this action be dismissed, without prejudice, for Plaintiff's failure to obey court orders and failure to prosecute.**

IT IS SO ORDERED.

Dated:   **December 29, 2025**                    /s/ *Sheila K. Oberto*
                                                                  UNITED STATES MAGISTRATE JUDGE