**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT DEAN NEICE,<br><br>                    Plaintiff,<br><br>          v.<br><br>ADULT PROBATION DEPT., et al.,<br><br>                    Defendants. | Case No.: 1:25-cv-01610 JLT SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO OBEY COURT ORDERS AND FAILURE TO PROSECUTE |

Robert Dean Neice seeks to hold Defendants liable for violations of his civil rights. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 21, 2026, the assigned magistrate judge issued Findings and Recommendations, recommending that this action be dismissed without prejudice for Plaintiff's failure to obey court orders and failure to prosecute. (Doc. 8.) The Court advised that any objections were due within 14 days and that the "failure to file objections within the specified time may result in a waiver of rights on appeal." (*Id*. at 4-5, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) To date, no objections have been filed.

According to 28 U.S.C. § 636(b)(1)(C), this Court has performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations to be supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on January 21, 2026 (Doc. 8) are **ADOPTED** in full.

2. This action is **DISMISSED** without prejudice for Plaintiff's failure to obey court orders and failure to prosecute.

3. The Clerk of the Court is directed to terminate any deadlines and to close this case.

IT IS SO ORDERED.

Dated:   **February 15, 2026**

UNITED STATES DISTRICT JUDGE